**Electronically Filed
Supreme Court
SCWC-22-0000129
08-FEB-2024
12:41 PM
Dkt. 9 OGAC**

SCWC-22-0000129

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

PATRICK H. OKI,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000129 and CAAP-21-0000278 (consolidated);
CR. NO. 1PC151000488)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna and Eddins, JJ.,
and Circuit Judge Castagnetti, in place of Ginoza, J., recused,
and Circuit Judge Chang, in place of Devens, J., recused)

Petitioner/Defendant-Appellant Patrick H. Oki's application for writ of certiorari, filed on December 26, 2023, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, February 8, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Jeannette H. Castagnetti

/s/ Gary W.B. Chang

